MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
RICHARD D. DE JONG, ESQ.
Nevada Bar No. 15207
HALL PRANGLE & SCHOONVELD, LLC
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
Tel:  (702) 889-6400
Fax:  (702) 384-6025
Email: efile@hpslaw.com
*Attorneys for Defendant*
*Grubhub Holdings Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIANYS FRAGOSO IGLESIAS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> DAMARION PHILLIPS; GRUBHUB HOLDINGS INC., a Foreign Corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE ENTITIES 1-20, inclusive, <br><br> Defendants. | CASE NO. 2:24-CV-01659-JAD-EJY <br><br> **STIPULATION AND ORDER TO REMAND TO THE EIGHTH JUDICIAL DISTRICT COURT FOR THE STATE OF NEVADA** <br><br> [ECF No. 5] |

**IT IS HEREBY STIPULATED** and agreed by and between the Parties through their respective counsel that the above-entitled action be remanded back to the Eighth Judicial District Court, for the State of Nevada.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 30th day of September, 2024 | DATED this 30th day of September, 2024 |
| HALL PRANGLE & SCHOONVELD, LLC | DIMOPOULOS LAW FIRM |
| */s/ Mari Schaan* | */s/ Michael Lafia* |
| MARI K. SCHAAN, ESQ. <br> Nevada Bar No. 11268 <br> 1140 N. Town Center Dr., Ste. 350 <br> Las Vegas, NV  89144 <br> *Attorneys for Defendant* <br> *Grubhub Holdings Inc.* | STEVE DIMOPOULOS, ESQ. <br> Nevada Bar No. 12729 <br> MIHCAEL LAFIA, ESQ. <br> Nevada Bar No. 12989 <br> 6671 South Las Vegas Blvd., Suite 275 <br> Las Vegas, NV 89119 <br> *Attorneys for Plaintiff* |

**ORDER**

Based on the parties' stipulation and because it appears that this court lacks jurisdiction over this case, IT IS ORDERED that **the Clerk of Court is directed to REMAND THIS CASE** back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-24-894894-C, Department No. 7; SEND a copy of this remand order, along with the docket sheet for this case to the state court; and **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE
Dated: <u>October 1, 2024</u>

Respectfully submitted by:

HALL PRANGLE & SCHOONVELD, LLC

*/s/ Mari Schaan*
MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
1140 N. Town Center Dr., Ste. 350
Las Vegas, NV  89144
*Attorneys for Defendant*
*Grubhub Holdings Inc.*